# EXHIBIT 2

ELECTRONICALLY FILED
Superior Court of California,
County of Alameda
11/22/2021 at 03:36:01 PM
By: Suzanne Pesko, Deputy Clerk

Christopher J. Boman (SBN 198798)
E-Mail: cboman@fisherphillips.com
Boris Sorsher (SBN 251718)
E-Mail: bsorsher@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Olatomiwa T. Aina (SBN 325566)
E-Mail: taina@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
Exel Inc. *dba* DHL SUPPLY CHAIN (erroneously sued as "DHL SUPPLY CHAIN")

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| STEPHEN BRATSET,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DHL SUPPLY CHAIN, a business entity from unknown and DOES 1-50,<br><br>　　　　　　Defendant. | CASE NO.: [RG21110598]<br>*[Unlimited Jurisdiction]*<br><br>*Assigned for all purposes to the Honorable Julia Spain, Dept. 520*<br><br>**DEFENDANT EXEL INC. DBA DHL SUPPLY CHAIN'S C.C.P. SECTION 170.6 PEREMPTORY CHALLENGE; DECLARATION OF CHRISTOPHER J. BOMAN IN SUPPORT THEREOF**<br><br>Complaint Filed: 08/24/21<br>Trial Date:　　　None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

---

EXEL INC. DBA DHL SUPPLY CHAIN'S C.C.P. SECTION 170.6 PEREMPTORY CHALLENGE;
DECLARATION OF CHRISTOPHER J. BOMAN IN SUPPORT THEREOF

FP 42368539.1

Pursuant to California *Code of Civil Procedure* Section 170.6, Defendant EXEL INC. *dba* DHL SUPPLY CHAIN (*erroneously named as "DHL"*) hereby moves to disqualify the Honorable Julia Spain from presiding over this action. This motion is support by the declaration of Christopher J. Boman.

DATE:  November 22, 2021

FISHER & PHILLIPS LLP

By: _____
CHRISTOPHER J. BOMAN
BORIS SORSHER
OLATOMIWA T. AINA Attorneys for Defendant
EXEL INC. *dba* DHL SUPPLY CHAIN
(erroneously named as "DHL")

2

EXEL INC. DBA DHL SUPPLY CHAIN'S C.C.P. SECTION 170.6 PEREMPTORY CHALLENGE;
DECLARATION OF CHRISTOPHER J. BOMAN IN SUPPORT THEREOF

FP 42368539.1

**DECLARATION OF CHRISTOPHER J. BOMAN**

I, CHRISTOPHER J. BOMAN, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California. I am a partner with Fisher & Phillips LLP, counsel of record for Defendant EXEL INC. *dba* DHL SUPPLY CHAIN (*erroneously named as "DHL"*) ("Defendant"). Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. The Honorable Julia Spain, the judge to whom this action has been assigned for all purposes, including trial, is prejudiced against Defendant and/or its counsel, or the interests of Defendant or its counsel, so that they cannot, or they believe that they cannot, have a fair and impartial trial or hearing before such judge.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on November 22, 2021, at Irvine, California.

_____
CHRISTOPHER J. BOMAN
Declarant

**PROOF OF SERVICE**
**(CCP §§1013(a) and 2015.5)**

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of San Francisco with the law offices of Fisher & Phillips LLP and its business address is One Embarcadero Center, Suite 2050, San Francisco, California 94111.

On **November 22, 2021**, I served the following document(s) **DEFENDANT EXEL INC. DBA DHL SUPPLY CHAIN'S C.C.P. SECTION 170.6 PEREMPTORY CHALLENGE; DECLARATION OF CHRISTOPHER J. BOMAN IN SUPPORT THEREOF** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| Michael J. Reed<br>Attorney at Law<br>60 Creek Tree Lane<br>Alamo, California 94507 | Attorney for Plaintiff<br>STEPHEN BRATSET<br><br>T: (925) 743-8353 \| F: (925) 743-8353<br>E:   mreed10202@aol.com |
|---|---|

☒   **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

☒   **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco California, in a sealed envelope with postage fully prepaid.

☐   **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

☐   **[by PERSONAL SERVICE]** - I delivered the document(s) to the person(s) at the address(es) listed above by (1) (a) personal delivery, or (b) by leaving the documents in an envelope/package with an individual in charge of the office, or (c) by leaving them in a conspicuous place in the office between the hours of 9:00 a.m. and 6:00 p.m., or (2) by messenger – a copy of the Messenger Declaration is attached.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed **November 22, 2021**, at San Francisco, California.

Billie E. Patterson                                   By: *Billie E. Patterson*
        Print Name                                                       Signature

17165.1154

2
EXEL INC. DBA DHL SUPPLY CHAIN'S C.C.P. SECTION 170.6 PEREMPTORY CHALLENGE;
DECLARATION OF CHRISTOPHER J. BOMAN IN SUPPORT THEREOF

FP 42368539.1