Michael J. Reed (SBN 122324)
Attorney at Law
E-Mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, California 94507
T: (925) 743-8353 | F: (925) 743-8353

Attorney for Plaintiff, STEPHEN BRATSET

Christopher J. Boman (SBN 198798)
E-Mail: cboman@fisherphillips.com
Boris Sorsher (SBN 251718)
E-Mail: bsorsher@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
T: (949) 851-2424 | F: (949) 851-0152

Olatomiwa T. Aina (SBN 325566)
E-Mail: taina@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
T: (415) 490-9000 | F: (415) 490-9001

Attorneys for Defendant, EXEL INC. *dba* DHL SUPPLY CHAIN (erroneously sued as "DHL Supply Chain")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEPHEN BRATSET,<br><br>Plaintiff,<br><br>v.<br><br>DHL SUPPLY CHAIN, a business entity from unknown and DOES 1-50,<br><br>Defendants. | Case No: 22-cv-00263-KAW<br><br>*Assigned to the Honorable Jeffrey S. White*<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE<br><br>Complaint Filed: 08/24/21 |

//
//
//

TO THE HONORABLE COURT:

Please be advised that Plaintiff, STEPHEN BRATSET ("Plaintiff"), and Defendant, EXEL INC. *dba* DHL SUPPLY CHAIN ("Defendant") (Plaintiff and Defendant are referred to collectively as "the Parties") have resolved the claims asserted by Plaintiff against Defendant in the action. Once the terms of the settlement have been satisfied, the Parties will file a stipulated request for dismissal of the action *with prejudice*.

Dated: May 6, 2022

By: /s/ Michael J. Reed
MICHAEL J. REED
Attorneys for Plaintiff
STEPHN BRATSET

Dated: May 9, 2022

FISHER & PHILLIPS LLP

By: /s/ Christopher J. Boman
CHRISTOPHER J. BOMAN
BORIS SORSHER
OLATOMIWA T. AINA
Attorneys for Defendant
EXEL INC. *DBA* DHL SUPPLY CHAIN (USA)

2
NOTICE OF SETTLEMENT OF ENTIRE CASE
ERROR! UNKNOWN DOCUMENT PROPERTY NAME.